| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Reade, Linda R. | 2. Court or Organization District Court ND Iowa | 3. Date of Report 08/08/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
111 7th Ave SE
Cedar Rapids, IA 52401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 08/01/93 | State of Iowa and filer-Iowa Judicial Retirement Plan. The state is paying me retirement income as of February 2013. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2015 | State of Iowa judicial retirement income--paid monthly beginnning 2/27/13 | $31,958.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Bradshaw Fowler Proctor & Fairgrave, PC - professional fees and buy out |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  US Bank Accounts | A | Interest | L | T | | | | | |
| 2.  CSCO Stock | A | Dividend | J | T | | | | | |
| 3.  Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 4.  Deferred Comp Plan | A | Int./Div. | J | T | | | | | |
| 5.  -Stock Index Fund-Valic | | None | | | | | | | |
| 6.  -Science & Technology Fund-Valic | | None | | | | | | | |
| 7.  -Putnam New Opportunity Fund-Valic | | None | | | | | | | |
| 8.  -Putnam Global Gr Fund-Valic | | None | | | | | | | |
| 9.  -American Cent Ultra Fund-Valic | | None | | | | | | | |
| 10.  Retirement Account | E | Int./Div. | P1 | T | | | | | |
| 11.  -Schwab Money Market Fund | | | | | | | | | |
| 12.  -ABEONATherapeutics (ABEO) formerly known as Plasmatech (PTBI) | | | | | | | | | |
| 13.  -AT&T (T) | | | | | | | | | |
| 14.  -Air Canada (ACDVF) | | | | | Buy | 02/20/15 | K | | |
| 15.  -Altria Group, Inc (MO) | | | | | | | | | |
| 16.  -American Airlines (AAL) | | | | | | | | | |
| 17.  -American Int'l Grp (AIG) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Annaly Capital Mgmt Reit (NLY) | | | | | | | | | |
| 19.  -Apple (APPL) | | | | | | | | | |
| 20.  -Applied Materials (AMAT) | | | | | | | | | |
| 21.  -AuricoGold Inc (AUQ) now Alamos Gold (AGI) | | | | | | | | | |
| 22.  -Aurico Metals Inc (ARCTF) | | | | | Spinoff (from line 21) | 07/07/15 | J | | |
| 23.  -Bank of America (BAC) | | | | | | | | | |
| 24.  -Barrick Gold Corp (ABX) | | | | | | | | | |
| 25.  -Berkshire Hathaway | | | | | | | | | |
| 26.  -Blackrock Health Sciences Fund (SHSAX) | | | | | | | | | |
| 27.  -Blackrock Build Am (BBN) | | | | | Sold | 12/22/15 | K | | |
| 28.  -Boeing (BA) | | | | | | | | | |
| 29.  -British Petro (BP) | | | | | | | | | |
| 30.  -Canadian Oil (COSWF) | | | | | | | | | |
| 31.  -Carlyle Grp (CG) | | | | | Buy (add'l) | 11/05/15 | K | | |
| 32.  -Chemtura (CHMT) | | | | | Sold | 02/24/15 | K | | |
| 33.  -Citigroup (CIT) | | | | | Sold | 05/11/15 | K | | |
| 34.  -Cleanpath Resources (CLNP) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CrownCastle (CCI) | | | | | Buy | 10/19/15 | J | | |
| 36. -Cytokinetics Inc (CYTK) | | | | | | | | | |
| 37. -DDR Corp | | | | | | | | | |
| 38. -Dendreon Corp (DNDN)(Y) | | | | | | | | | |
| 39. -Donnelley (RRD) | | | | | | | | | |
| 40. -Doubleline Inc (DSL) | | | | | | | | | |
| 41. -Enbridge Energy (EEP) | | | | | | | | | |
| 42. -Exact Sciences (EXAS) | | | | | | | | | |
| 43. -Exxon Mobile (XOM) | | | | | Sold | 02/17/15 | K | | |
| 44. -Gamestop (GME) | | | | | Sold | 07/07/15 | K | | |
| 45. -Garmin (GRMN) | | | | | Buy | 07/21/15 | K | | |
| 46. -General Electric Co (GE) | | | | | | | | | |
| 47. -Graphic Packaging Hldg (GPK) | | | | | | | | | |
| 48. -GSV Capital (GSVC) | | | | | | | | | |
| 49. -Hovnanian (HOV) | | | | | | | | | |
| 50. -Icahn Ent (IEP) | | | | | | | | | |
| 51. -India Fund (IFN) | | | | | Buy | 02/17/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Intel (INTC) | | | | | Sold | 01/16/15 | K | | |
| 53.  -JP Morgan Chase (JBL) | | | | | | | | | |
| 54.  -Metlife (MET) | | | | | | | | | |
| 55.  -Micron Tech (MU) | | | | | Buy | 06/12/15 | K | | |
| 56.  -Microsoft (MSFT) | | | | | | | | | |
| 57.  -Morgan Stanley (MS) | | | | | | | | | |
| 58.  -New York Management REIT(NYMT) | | | | | Buy | 05/11/15 | K | | |
| 59.  -Newmont Mining (NEM) | | | | | | | | | |
| 60.  -NVIDIA (NVDA) | | | | | Sold | 02/05/15 | K | | |
| 61.  -NXPI Semiconductors(NXPI) | | | | | Buy | 01/23/15 | K | | |
| 62. | | | | | Sold | 03/02/15 | K | | |
| 63.  -Ovascience Inc. (OVAS) | | | | | Buy | 01/15/15 | L | | |
| 64.  -Paragon Shipppng (PRGN) | | | | | | | | | |
| 65.  -Pembina Pipeline (PBA) | | | | | Sold | 12/14/15 | J | | |
| 66.  -Pepsico (PEP) | | | | | | | | | |
| 67.  -Pfizer (PFE) | | | | | | | | | |
| 68.  -Pimco (PTY) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Principal Financial (PFG) | | | | | Buy | 01/30/15 | K | | |
| 70. -Proctor & Gamble (PG) | | | | | | | | | |
| 71. -Renhe Commercial Hldg (RNHEF) | | | | | Sold | 06/01/15 | J | | |
| 72. -Safe Bulkers (SB) | | | | | | | | | |
| 73. -Schlumberger (SLB) | | | | | | | | | |
| 74. -Sirius XM (Siri) | | | | | Sold | 10/20/15 | K | | |
| 75. -Sodastream (SODA) | | | | | | | | | |
| 76. -Suntech Power (STP) | | | | | | | | | |
| 77. -Taser International (TASR) | | | | | Buy | 06/23/15 | J | | |
| 78. -Telecom Argentina SA (TCMFF) | | | | | | | | | |
| 79. -Total SAADRF1 (TOT) | | | | | | | | | |
| 80. -Tsakos Energy (TNP) | | | | | | | | | |
| 81. -Veracyte Inc (VCYT) | | | | | Buy (add'l) | 01/09/15 | J | | |
| 82. | | | | | Sold | 10/23/15 | K | | |
| 83. -Verastem (VSTM) | | | | | Sold | 10/23/15 | J | | |
| 84. -Verizon Communications (VZ) | | | | | | | | | |
| 85. -VISA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vodafone (VOD) | | | | | | | | | |
| 87. -Yamana Gold Incoo (AVY) | | | | | | | | | |
| 88. McVean Trading and Investment | B | Int./Div. | K | T | | | | | |
| 89. Farm 1 Dallas Co., IA | C | Rent | M | W | | | | | |
| 90. Farm 3 Dallas Co. IA | D | | L | W | | | | | |
| 91. Farm 5 Adair Co, IA | E | Rent | N | W | | | | | |
| 92. Farm 7 Adair Co, IA | D | | L | W | | | | | |
| 93. Farm 10 Adair Co, IA | E | Rent | N | W | | | | | |
| 94. Farm 14 Adams Co, IA | E | Rent | M | W | | | | | |
| 95. Farm 15 Adams Co, IA | D | Rent | L | W | | | | | |
| 96. Farm 20 Decatur County, IA | B | Rent | J | W | | | | | |
| 97. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 98. Mineral Interest,Dallas County, IA | | None | J | T | | | | | |
| 99. Fidelity ExplorRoyalty Bowman Co, ND | C | Royalty | J | T | | | | | |
| 100. Ben Con Properties LLC Des Moines, IA | | None | M | U | | | | | |
| 101. Towne View Apartments, LTD, Des Moines, IA | | None | J | U | | | | | |
| 102. Phoenix-Tuson Ranch LLC | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brokerage 1 | A | Int./Div. | O | T | | | | | |
| 104. -Schwab money market | A | Interest | L | T | | | | | |
| 105. -American Airlines Grp (AAL) | A | Dividend | L | T | | | | | |
| 106. -At & T (T) | B | Dividend | K | T | | | | | |
| 107. -Air Canada (ACDVF) | | None | K | T | Buy | 02/02/15 | K | | |
| 108. | | | | | Buy | 02/17/15 | K | | |
| 109. -Bank of Nova Scotia (BNS) | A | Dividend | K | T | Buy | 03/02/15 | K | | |
| 110. -Blackstone (BX) | C | Dividend | K | T | | | | | |
| 111. -Boeing (BA) | A | Dividend | K | T | | | | | |
| 112. -Caterpillar Inc (CAT) | A | Dividend | J | T | Buy | 01/02/15 | K | | |
| 113. -Cliffs Natural Resources (CLF) | | None | J | T | | | | | |
| 114. -Crocs (CROX) | | None | J | T | | | | | |
| 115. --Cytokinetics (CYTK) | | None | K | T | Buy | 05/13/15 | K | | |
| 116. | | | | | Donated (part) | | | | |
| 117. -Dodge & Cos (DODGX) | C | Dividend | K | T | Buy | 01/13/15 | K | | |
| 118. -Flextronics Int (FLEX) | | None | K | T | | | | | |
| 119. -Ford Motor (F) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -General Motors (GM) | B | Dividend | K | T | | | | | |
| 121. -Glaxosmithkline (GSK) | | None | J | T | Buy | 11/19/15 | J | | |
| 122. -GSVC Capital (GSVC) | | None | | | Sold | 01/26/15 | J | | |
| 123. -Hatteras Financial (HTS) | A | Dividend | J | T | | | | | |
| 124. -Mobileye (MBLY) | | None | J | T | Buy | 06/23/15 | J | | |
| 125. -NewYork Comm Bancorp (NYCB) | B | Dividend | K | T | Buy | 01/26/15 | K | | |
| 126. -Ovascience Inc (OVAS) | | None | J | T | Sold (part) | 01/13/15 | K | E | |
| 127. -Pimco Opp Fund (PTY) | B | Dividend | J | T | | | | | |
| 128. -Principal Finan (PFG) | A | Dividend | J | T | | | | | |
| 129. -PJT Partners (PJT) | | None | J | T | Spinoff (from line 110) | 09/30/15 | J | | |
| 130. -Qorvo Inc (QRVO) | | None | K | T | Buy | 04/08/15 | K | | |
| 131. -Ruby Tuesday (RT) | | None | | | Sold | 02/17/15 | J | | |
| 132. -Seadrill (SDRL) | | None | J | T | | | | | |
| 133. -Sodastream Intntl (SODA) | | None | | | Sold | 01/26/15 | J | | |
| 134. -Suncor Energy (SU) | A | Dividend | J | T | | | | | |
| 135. -Total SA (TOT) | C | Dividend | K | T | | | | | |
| 136. -Vale SA ADR (VALE) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Veracyte (VCYT) | | None | K | T | Buy (add'l) | 10/23/15 | J | | |
| 138. | | | | | Buy (add'l) | 01/09/15 | J | | |
| 139. -Verastem (VSTM) | | None | K | T | Buy (add'l) | 10/23/15 | J | | |
| 140. Brokerage II | A | Int./Div. | K | T | | | | | |
| 141. -GSV Cap Corp | | None | | | Sold | 01/15/15 | J | | |
| 142. -Hovnanian Ent Inc | | None | | | Sold | 01/09/15 | J | | |
| 143. --GSK | | None | | | Buy | 11/09/15 | K | | |
| 144. | | | | | Sold | 12/4/15 | K | | |
| 145. -NYCB | B | Dividend | K | T | Buy | 01/26/15 | K | | |
| 146. Brokerage III | | None | J | T | | | | | |
| 147. -Taser Int | | None | | | Sold | 08/25/15 | J | | |
| 148. -HPY | | None | | | Buy | 12/14/15 | J | | |
| 149. | | | | | Sold | 12/28/15 | J | B | |
| 150. -Mobileye | | None | | | Buy | 06/26/15 | J | | |
| 151. | | | | | Sold | 12/15/15 | J | | |
| 152. -QRVO | | None | | | Buy | 03/25/15 | J | | |
| 153. | | | | | Sold | 06/19/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 38 Dendreon went into bankruptcy aon June 12, 2015 and the stock is worthless

Lines81-83--Shares of Vercyte and Versastem were transfered to Brokerage Account 1 as part of requirement that owner take qualified distribution from IRA. There is no discription available in the form to correctly cpature these transactions. Transfer of these accounts is shown in Brokerage Account 1 on lines 137, 138

Lines 21 and 22-Aurica Gold and Alamos Gold mergered into Alamos Gold. One project of Aurica Gold became Aurica Metals.

Lines 90. 92  col B, the income is from crops

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Linda R. Reade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544